**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE TAASERA LICENSING, LLC, PATENT LITIGATION | § § § § § §   MDL-3042 |

**QUEST PATENT RESEARCH CORPORATION'S RESPONSE IN OPPOSITION TO MOTION FOR CENTRALIZATION PURSUANT TO 28 U.S.C. § 1407**

Quest Patent Research Corporation ("QPRC") opposes Trend Micro, Inc.'s Motion for Centralization.

QPRC is a party to only one action, *Palo Alto Networks, Inc. v. Taasera Licensing LLC, et al.*, 1:22-cv-02306 (S.D.N.Y.) (the "SDNY Action"). Despite not owning any of the subject patents and not being a licensee of the patents, Palo Alto Networks has sought a declaration of non-infringement from QPRC.

Pursuant to Judge Edgardo Ramos' Individual Practices, QPRC has requested permission to move to dismiss the complaint in the SDNY Action for, among other things, lack of subject matter jurisdiction on the grounds that there is no case or controversy between Palo Alto and QPRC as QPRC is neither the owner nor the exclusive licensee of the subject patents and has not asserted those patents against Palo Alto.

Centralization would not enhance convenience for the parties and the witnesses and, for the reasons stated in Taasera Licensing, LLC's Response in Opposition (ECF 29), QPRC opposes centralization.

2

Dated:  June 10,  2022                              Respectfully Submitted,


                                               TARTER KRINSKY & DROGIN LLP

                                               By: /s/ *Mark J. Rosenberg*_____
                                                   Mark J. Rosenberg

                                             1350 Broadway, 11th Floor
                                             New York, New York 10018
                                             Tel. (212) 216-8000
                                             Fax (212) 216-8001
                                             mrosenberg@tarterkrinsky.com

                                             ***ATTORNEYS FOR DEFENDANT QUEST PATENT RESEARCH CORPORATION***